**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DAKOTA SANTIAGO,

                            Plaintiff,                    **24 Civ. 3851 (RA) (GS)**

               -against-                              **ORDER**

TOWNSQUARE MEDIA, INC.,

                          Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      In their proposed Case Management Plan and Scheduling Order, the parties indicated they would like a referral to the Court-annexed Mediation Program, but it is not clear to the Court whether the parties would like a referral at this time, or at a later point in the proceedings. (*See* Dkt. No. 28 ¶ 13(b)). Accordingly, the parties are directed to jointly inform the Court by **Monday, November 4, 2024** as to whether they believe mediation would be productive at this time and, if not, when they anticipate mediation will be productive.

      **SO ORDERED.**

Dated:     New York, New York
             October 29, 2024

                                                  _____
                                                  GARY STEIN
                                                  United States Magistrate Judge